**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAVID BRYAN LAWSON,**

    **Plaintiff,**

**vs.**                                                           **Case No. 4:17cv177-MW/CAS**

**STATE OF FLORIDA,
GOVERNOR RICK SCOTT,
JULIE JONES, et al.,**

    **Defendants.**

_____/

# REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, filed a motion requesting leave to proceed in forma pauperis, ECF No. 2, and a civil rights complaint filed under 42 U.S.C. § 1983, ECF No. 1. Plaintiff's motion was granted, ECF No. 5, and Plaintiff was directed to file an amended complaint. ECF No. 4. Specifically, Plaintiff was required to provide an honest and accurate listing of all prior actions filed and he must show good cause why this case should not be dismissed for failing to honestly disclose his prior cases in the initial complaint. ECF No. 4. Additionally, Plaintiff was ordered to file an amended complaint. *Id.*

Plaintiff's deadline to comply with that Order was May 19, 2017. ECF No. 4. No response has been received from Plaintiff but, it is also true, that Plaintiff does not appear to have received either the Order granting in forma pauperis status, ECF No. 5, or the Order directing him to file an amended complaint. The docket reflects that mail was returned as undeliverable on May 1, 2017. ECF No. 6. A new address was obtained for Plaintiff and the Clerk's Office sent both orders to the new address. ECF No. 7. That mail was also returned to the Court as undeliverable. ECF No. 8. This case cannot proceed if mail from the Court cannot reach Plaintiff.

**Recommendation**

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on June 12, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.