IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID BRYAN LAWSON,

      Plaintiff,
v.                                                      Case No. 4:17cv177-MW/CAS

STATE OF FLORIDA,
GOVERNOR RICK SCOTT,
JULIE JONES, et al.,

      Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and comply with a court order." The Clerk shall close the file.

**SO ORDERED on July 10, 2017.**

                                          s/Mark E. Walker        
                                          **United States District Judge**